CIVIL CAUSE FOR Oral Argument

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 8/08/2023
TIME IN COURT: 1 Hr 30 Mins

DOCKET NUMBER: CV 21-6590
TITLE: Orbis Global Equity Le Fund, et al v. Vale S.A., et al

COURT REPORTER/ESR OPERATOR: Christine Rocco
FTR LOG: 10:39 – 12:08

APPEARANCES:

| | |
|---|---|
| Plaintiffs: | Matthew Peller, Nicole Castiglione |
| Defendants: | Christopher Joralemon, Chase Weidner, Nathalie Gunnasekera |

SUMMARY: Case called. Discussion held regarding Defendants' motion to dismiss. Decision reserved. No later than noon on September 15, Plaintiffs shall submit a motion to amend their complaint along with the supplemental briefing discussed. Defendants shall respond to Plaintiffs' motion to amend by noon on October 6. Plaintiffs shall submit a reply brief, not to exceed five pages, by October 18.