**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL FUNDS LIMITED, ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., and ORBIS OEIC,<br><br>Plaintiffs,<br><br>v.<br><br>VALE S.A., MURILO FERREIRA, FABIO SCHVARTSMAN, LUCIANO SIANI PIRES, GERD PETER POPPINGA, and LUIZ EDUARDO FROES DO AMARAL OSORIO,<br><br>Defendants. | No. 1:21 Civ. 6590 (EK) (VMS) |

**STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES**

Plaintiffs Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Funds Limited, Orbis Global Equity Fund Limited, Orbis Institutional Global Equity L.P., and Orbis OEIC (collectively, "Plaintiffs") and Defendants Vale S.A., Murilo Ferreira, Fabio Schvartsman, Luciano Siani Pires, Gerd Peter Poppinga, and Luiz Eduardo Froes do Amaral Osorio (collectively, "Defendants" and, with Plaintiffs, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on May 4, 2026, the Parties filed a Joint Proposed Civil Case Management Plan providing for deadlines for fact and expert discovery in the above-captioned action (the "Action") (ECF No. 55);

WHEREAS, the Court held an Initial Case Management Conference on May 7, 2026;

WHEREAS, on May 11, 2026, the Court set certain deadlines for fact and expert discovery and the filing of dispositive motions;

WHEREAS, the Parties have complied with the Court-ordered deadlines for the exchange of initial disclosures, documents requests, and interrogatories and have otherwise been proceeding with fact discovery as scheduled;

WHEREAS, the Parties wish to explore a potential resolution of the Action by engaging in private mediation; and

WHEREAS, in the interests of judicial economy and the conservation of the Parties' and the Court's time and resources, the Parties agree, subject to the Court's approval, that all deadlines in the Action should be stayed pending the submission of a revised Case Management Order.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval:

1. All deadlines in the Action are stayed as of October 21, 2026, through the submission of a revised Case Management Order.

2. If the Parties do not resolve the Action through mediation, the Parties shall meet and confer and submit a revised Case Management Order within seven days that extends previous deadlines to recapture the time that ran on those deadlines as if they had been tolled through the date of submission of the revised Case Management Order.

3. If the mediation does not occur by December 15, 2026, either Plaintiffs or Defendants shall have the right to terminate the stay.

4. If either Plaintiffs or Defendants terminate the stay, the Parties shall meet and confer and submit a revised Case Management Order that extends previous deadlines to recapture the time that ran on those deadlines as if they had been tolled through the date of submission of the revised Case Management Order.

5. Nothing herein shall be deemed a waiver of any party's right to seek relief from any deadlines set forth in the revised Case Management Order.

Dated: October 23, 2026

**ROLNICK KRAMER SECURITIES LITIGATION LLP**

By: /s/ Lawrence M. Rolnick
Lawrence M. Rolnick
Marc B. Kramer (*pro hac vice*)
Michael J. Hampson
Nicole T. Castiglione (*pro hac vice*)
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 597-2838
lrolnick@rksllp.com
mkramer@rksllp.com
mhampson@rksllp.com
ncastiglione@rksllp.com

*Attorneys for Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ David M. Kusnetz
Christopher M. Joralemon
David M. Kusnetz
H. Chase Weidner
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: _____________, 2026

________________________________________